

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Keith Duwayne Hall, Appellant

No. 06-23-00238-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2023-0155). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment (1) by changing the date of offense from March 28, 2023, to March 27, 2023; (2) by deleting "TBD" under the heading "ATTY FEE:"; and (3) by changing the court costs to $295.00. We modify the bill of costs by deleting the assessment of $450.00 for "Attorney Fees" and by deleting the assessment of $10.00 for "CRIME STOPPER FUND." As modified, we affirm the judgment of the trial court.

We note that the appellant, Keith Duwayne Hall, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 20, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk